UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JULLY PIERRE,

Plaintiff,

v. Case No: 6:26-cv-1283-JSS-DCI

SECRETARY OF HOMELAND SECURITY et al.,

Defendants.
_______________________________/

**ORDER**

Invoking Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff has filed a notice of voluntary dismissal without prejudice. (Dkt. 11.) This rule permits a plaintiff to "dismiss an action . . . by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Upon review of the docket, Defendants have not served an answer or a motion for summary judgment. *See PTA-FLA, Inc. v. ZTE USA, Inc.*, 844 F.3d 1299, 1307 (11th Cir. 2016) ("According to the plain text of Rule 41(a)(1)(A)(i), only the filing of an answer or a motion for summary judgment terminates a plaintiff's ability to voluntarily dismiss its claims without a court order.").

Accordingly:

1. This case is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(a)(1)(A)(i).
2. The Clerk is **DIRECTED** to enter judgment accordingly, to terminate any

pending motions and deadlines, and to close the case.

**ORDERED** in Orlando, Florida, on August 14, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties